FILED
March 19, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>EDWIN HETHERTON,<br><br>        Defendant. | Case No. 2:15-MJ-00049-DAD<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>EDWIN HETHERTON</u>, Case No. <u>2:15-MJ-00049-DAD</u>, Charge <u>Title 18 USC §§ 1956(h); 641; 2</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  Release on Personal Recognizance

    ✔  Bail Posted in the Sum of $ <u>350,000 (co-signed)</u>

        ✔  Unsecured Appearance Bond

        __  Appearance Bond with 10% Deposit

        __  Appearance Bond with Surety

        __  Corporate Surety Bail Bond

        ✔  (Other)   <u>With pretrial supervision and conditions of release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>March 19, 2015</u> at <u>3:55</u> pm.

By     _/s/ Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge