| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MATTHEW M. SCOBLE #237432 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorney for Defendant |
| | EDWIN HETHERTON |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:15-mj-00049-DAD |
|---|---|
| Plaintiff, | ) |
| | ) MOTION AND [~~PROPOSED~~] ORDER FOR |
| vs. | ) EXTENSION TO FILE SECURITY AND |
| | ) BOND DOCUMENTS |
| EDWIN HETHERTON, | ) |
| | ) Judge: Hon. Edmund F. Brennan |
| Defendant. | ) |

On March 18, 2015, Edwin Hetherton made his initial appearance on Rule 5(c)(3) proceedings before the Honorable Judge Drozd. Mr. Hetherton was ordered released on a $350,000 bond; $150,000 of which was to be unsecured, and $200,000 of which was to be secured by the posting of the defendant's mother's unencumbered property. The court set a deadline for posting the secured bond at two weeks from the hearing date [April 1, 2015].

Mr. Hetherton asks for an additional week to accomplish the property bond paperwork. The parties have met and conferred regarding this issue; the government has no objection to the contemplated extension.

//

//

//

1   U.S. v Edwin Hetherton, 2:15-MJ-00049 DAD

1 | Accordingly, the parties stipulate that the deadline to post the secured bond in this matter
2 | be extended to April 8, 2015.
3 | Dated: April 1, 2015

        HEATHER E. WILLIAMS
        Federal Defender

        /s/ *MATTHEW M. SCOBLE*
        MATTHEW M. SCOBLE
        Assistant Federal Defender
        Attorney for Defendant
        Edwin Hetherton

        /s/ *MATTHEW M. SCOBLE* for
        SAMUEL WONG
        Assistant U.S. Attorney
        Attorney for Plaintiff

**ORDER**

Upon good cause shown, and the stipulation of the parties, it is ordered that the deadline for the posting of the $200,000 property bond in this case is extended to April 8, 2015.

Dated: April 1, 2015

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE